FILED
MAR 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0609-JAH |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| v. | ) Title 8, U.S.C., |
| JOSE SANCHEZ-CARRISOZA (1), | ) Secs. 1324(a)(1)(A)(ii) and |
| BERNAL CARRILLO-OCTAVIO (2), | ) (v)(II) - Transportation of |
| MAXIMO SOTO-CHINCOYA (3), | ) Illegal Aliens and Aiding and Abetting |
| Defendants. | ) |

The United States Attorney charges:

On or about February 18, 2008, within the Southern District of California, defendants JOSE SANCHEZ-CARRISOZA, BERNAL CARRILLO-OCTAVIO and MAXIMO SOTO-CHINCOYA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manual Gutierrez-Gomez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 6, 2008.

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
2/22/08